1  DANIEL G. BOGDEN
   United States Attorney
2  PATRICK A. ROSE
   Assistant United States Attorney
3  Nevada Bar No. 5109
   333 Las Vegas Boulevard South, Suite 5000
4  Las Vegas, Nevada 89101
   Telephone: 702-388-6336
5  Facsimile: 702-388-6787
   Email: patrick.rose@*usdoj.gov*
6  Attorneys for the United States.

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

DOROTHY McCALL and BEN McCALL,       )
                                     )
       Plaintiffs,                   )   Case No. 2:12-cv-01538-JAD-GWF
                                     )
    v.                               )
                                     )
UNITED STATES OF AMERICA,            )
                                     )
       Defendant.                    )
                                     )

### **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, that the above-entitled case shall be dismissed with prejudice, and each party will bear its own costs and attorney's fees.

| | |
|---|---|
| DANIEL G. BOGDEN<br>United States Attorney | TANNER LAW FIRM |
| */s/Patrick A. Rose*<br>PATRICK A. ROSE<br>Assistant United States Attorney<br><br>*Attorneys for the United States*<br>DATED: March 28, 2014 | */s/ David A. Tanner*<br>DAVID A. TANNER<br>8635 S. Eastern Avenue<br>Las Vegas, Nevada 89123<br>*Attorneys for Plaintiffs.*<br>DATED: March 28, 2014 |

**IT IS SO ORDERED:**

_____
**UNITED STATED DISTRICT JUDGE**
**DATED:** March 31, 2014.